IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MCDEVITT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN EXPEDITING COMPANY | : | NO. 15-498 |

## ORDER

**AND NOW**, this 30th day of July, 2015, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Docket No. 9), and all documents filed in connection therewith, and after hearing argument on the Motion on July 29, 2015, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion is **GRANTED**.

2. Plaintiff's Amended Complaint is **DISMISSED**.

3. On or before August 21, 2015, Plaintiff may file a Second Amended Complaint that more clearly sets forth the factual and legal bases for his claims against Defendant.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.